IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARCIA THOMAS,**

    *Plaintiff*,

v.                       Case No.: 4:25cv157-MW/MAF

**LEON COUNTY SHERIFF'S OFFICE, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 22, and has also reviewed *de novo* Plaintiff's objections, ECF No. 27.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 22, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** as frivolous and as barred by *res judicata*. Due to Plaintiff's continued filing of repetitive claims that are frivolous and redundant, and pursuant to Federal Rule of Civil Procedure 11(c), Plaintiff is not permitted to file another lawsuit against Revell Lawrence, Gavin Larrmore, or the Tallahassee Police Department concerning the events occurring

prior to July 1, 2022, unless the complaint is signed by an attorney in good standing who is licensed to practice law." The Clerk shall close the file.

**SO ORDERED on July 30, 2025.**

<u>s/Mark E. Walker</u>
**United States District Judge**
